In the Matter of SHARON K. BLAND, Appellant, v GELLMAN, BRYDGES & SCHROFF et al., Respondents. WORKERS' COMPENSATION BOARD, Respondent. (Claim No. 1.)

In the Matter of SHARON K. BLAND, Appellant, v RONKO COMMUNICATIONS et al., Respondents. WORKERS' COMPENSATION BOARD, Respondent. (Claim No. 2.)

Submitted June 15, 2015; decided September 10, 2015

Motions for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the proceedings within the meaning of the Constitution.

Judge STEIN taking no part.